Taifusin Chiu

4005 23rd ave apt j

Sacramento, CA 95820

**FILED**

OCT 17 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

US DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

501 I STREET

SACRAMENTO, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

No. 2:22CV1853 DAD AC (PS)

,
,

Plaintiff, Taifusin Chiu

v.

,

**Defendant.** THE PRESIDENT OF US, DONALD

TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

One penny pile up nickel, nickel pile up dime, dime pile up quarter, quarter pile up half dollar, half

1

dollar pile up one dollar coin or one dollar bill, one dollar bill or one dollar coin pile up $2 dollar bill, $2 dollar bill pile up $5 dollar bill, $5 dollar bill pile up $10 dollar bill, $10 dollar bill pile up $20 dollar bill, $20 dollar bill pile up $50 dollar bill, $50 dollar bill up $100 dollar bill, $100 dollar bill pile up as big as sky and land and bail, free, remove, and destroy all Father of God and Mother of Goddess' debt and drop or small or $100 dollar bill, $100 dollar bill drop to $50 dollar bill, $50 dollar bill drop to $20 dollar bill, $20 dollar bill drop to $10 dollar bill, $10 dollar bill drop to $5 dollar bill, $5 dollar bill to $2 dollar bill, $2 bill drop to $1 dollar bill or one dollar coin, $1 dollar bill or one dollar coin drop to half dollar, half dollar drop to quarter, quarter drop to dime, dime drop to nickel, nickel drop or penny or rice or 0 and drop as small as penny as rice as 0 and profit, benefit, and share all around the country and countrywide and return to my home country. I profit, benefit, and share all around the state and statewide, and return to my home state. I profit, benefit, and share all around the city and citywide, and return to my home city. I profit, benefit, and share all around county, and countywide, and return to my home county and become free and free all debt and above and beyond and infinite bond of paper money and generate for each country and all countries and winner-take-all system as highest achievement and obtain Medal of Honor award.

Purple Heart effect

"We, the people of US" and I test true or lie or lie detector

We, the people of US and I kill all word lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I kill all word lie under oath, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test cheating and cheating on money

2

We, the people of US and I kill all cheating and cheating on money, We, the people of US and I am requesting the truth to be confession and obtain Purple Heart award.

We, the people of US and I test "yes" or "no" and answer to the question

We, the people of US and I kill the word "no" and remove it safely and peacefully and obtain Purple Heart award.

We, the people of US and I circle "yes" as highest achievement and obtain Medal of Honor award.

We, the people of US and I choose "wound" or "kill" from Purple Heart award.

We, the people of US and I choose "kill" from Purple Heart award.

We, the people of US and I choose terminology "promote" from Preamble in US Constitution

We, the people of US and I promote kill to revive in Purple Heart award.

We, the people of US and I revive my highest achievement, one penny pile up nickel, nickel pile up dime, dime pile up quarter, quarter pile up half dollar, half dollar pile up one dollar coin or one dollar bill, one dollar bill or one dollar coin pile up $2 dollar bill, $2 dollar bill pile up $5 dollar bill, $5 dollar bill pile up $10 dollar bill, $10 dollar bill pile up $20 dollar bill, $20 dollar bill pile up $50 dollar bill, $50 dollar bill up $100 dollar bill, $100 dollar bill pile up as big as and bail, free, destroy, and remove debt from Father of God and Mother of Goddess' debt and drop or small or $100 dollar bill drop to $50 dollar bill, $50 dollar bill drop to $20 dollar bill, $20 dollar bill drop to $10 dollar bill, $10 dollar bill drop to $5 dollar bill, $5 dollar bill drop to $2 dollar bill, $2 dollar drop to $1 dollar or one dollar bill, $1 dollar bill or one dollar coin drop to half dollar, half dollar drop to quarter, quarter drop to dime, dime drop to nickel, nickel drop or penny or rice or 0 and drop as small as penny as rice as 0 and profit, benefit, and share all around the country and countrywide and return back my home country. I profit, benefit, and share all around the state

3

and statewide, and return to my home state. I profit, benefit, and share all around city and citywide, and return to my home city. I profit, benefit, and share all around county, and countywide, and return to my home county and become free and free all debt and above and beyond and infinite bond of paper money and generate for each country and all countries and winner-take-all system and obtain Medal of Honor award or Purple Heart award.

As result a battle, We, the people of US and I win this battle and choose my highest achievement, one penny pile up to nickel, nickel pile up to dime, dime pile up to quarter, quarter pile up half dollar, half dollar pile up one dollar coin or one dollar bill, dollar bill or dollar coin pile up $2 dollar bill, $2 dollar bill pile up $5 dollar bill, $5 dollar bill pile up $10 dollar bill, $10 dollar bill pile up $20 dollar bill, $20 dollar bill pile up $50 dollar bill, $50 dollar bill up $100 dollar bill, $100 dollar bill pile up as big as sky and land and beyond and infinite and bail, free, destroy, and remove debt from Father of God and Mother of Goddess' debt and drop or small or $100 dollar bill to $50 dollar bill, $50 dollar bill drop to $20 dollar bill, $20 dollar bill drop to $10 dollar bill, $10 dollar bill drop to $5 dollar bill, $5 dollar bill drop to $2 dollar bill, $2 dollar bill drop to $1 dollar bill or one dollar coin, $1 dollar bill or one dollar coin drop to half dollar, half dollar drop to quarter, quarter drop to dime, dime drop to nickel, nickel drop or penny or rice or 0 and drop as small as penny as rice as 0 and profit, benefit, and share all around the country and countrywide and return back my home country. I profit, benefit, and share all around the state and statewide, and return to my home state. I profit, benefit, and share all around city and citywide, and return to my home city. I profit, benefit, and share all around county, and countywide, and return to my home county and become free and free all debt and above and beyond and infinite bond of paper money and generate for each country and all countries and winner-take-all system and obtain

4

Medal of Honor award. We, the people of US and I join this battle and win together as one and win both Medal of Honor award and Purple Heart award.

Date: 10/12/2022

Your Signature

YOUR NAME

5

Taifusin Chiu

4005 23rd ave apt j

Sacramento, CA 95820

US DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

501 I STREET

SACRAMENTO, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,                                                              No.

,

Plaintiff, Taifusin Chiu

v.

,

Defendant. THE PRESIDENT OF US, DONALD

TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

999 USD Beyond and Infinite Number President Show Down and USD above and beyond and

6

Infinite  President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life

achievement

The President Show Down

The Presidency Case

All Medal of Honor vs Purple Heart Series are standard pay rate

World debt or Earth debt or Father of God and Mother of Goddess' debt bond

I win above and beyond and infinite bond of gold and share:

Without high school diploma and high school diploma: $8.25 dollars per hour

Campus job pay rate for college: $9.00 dollars per hour

Certificate of achievement: $10.50 dollars per hour

Associate degree: $15.35 dollars per hour

Bachelor degree: $28.00 dollars per hour

Master degree: $35.00 dollars per hour

Ph.D. Degree: $45.00dollars per hour

The President of US $192.38 dollars per hour

.

I win above and beyond and infinite bond of gold and share:

Without high school diploma and high school diploma: $808.25 per hour

Campus job pay rate for college: $809.00 per hour

Certificate of achievement: $810.00 per hour

Associate degree: $818.00 per hour

Bachelor degree: $828.00 per hour

Master degree: $835.00 per hour

Ph.D. Degree: $845.00 per hour

The President of US: $935.00 per hour

We, the people of US and I fight to win and win together for all countries debt and win better pay rate.

I win above and beyond and infinite bond of gold, above and beyond and infinite bond of silver, and above and beyond and infinite bond of paper money to be share SSI check $2990 monthly for single from $930,

Joint single for $2830 monthly increase from $770,

$2270 monthly increase from $660,

Welfare $2585 monthly,

Foodstamp or Calfresh $2585 monthly,

EDD, $2400 monthly

GA $2400 monthly

Unemployment pays $2400 monthly

Child support

8

Financial aid: $2400 monthly

Federal work study $2400 monthly

Other government free money $2400 monthly

I win this all-countries debt and profit, benefit, and share equal pay and equal system for all countries and including Thailand and Laos and create for each country and all countries as highest achievement and obtain Medal of Honor award.

As result a battle, I win one-Term, The President of US, Four year. I free all debt. I am The President of US, and I am creating the bill, sign the bill, win the bill, pass the bill, approve the bill, and winner-take-all system as highest achievement and obtain Medal of Honor award equal to I win one-term, The President of US, Four year. I am The President of US and I create the law, sign the law, win the law, pass the law, approve the law, and winner-take-all system as highest achievement and obtain Medal of Honor award.

Date: 10/12/20 22

Your Signature

YOUR NAME

9

Taifusin Chiu

4005 23rd ave apt j

Sacramento, CA 95820

US DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

501 I STREET

SACRAMENTO, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | No. |
|---|---|
| , | |
| Plaintiff, Taifusin Chiu | |
| v. | |
| Defendant. THE PRESIDENT OF US, DONALD TRUMP AND THE WHITE HOUSE/Farm Fow Saechou | |

THE PRESIDENT OF US, DONALD TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

999 USD Septillion Number President Show Down and USD above and beyond and Infinite

President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

World debt is worldwide case or Earth debt or Father of God and Mother of Goddess' debt bond

Dear Mrs. Saechou,

I sue Farm Fow Saechou, from Ck. McClatchy High school which she is graduation year 2022 which she had poor behavioral which she just wins world debt and win free all debt and say, "free all debt." I win her free Iu Mien Student Conference building, Iu Mien Student Conference Human Resource 2 story building, Iu Mien Student conference headquarter 60 story building, Iu Mien Student conference organization 60 story building, and Iu Mien Student Conference corporation 60 story building under such a word call spoken word. First choice all visual word. I see she look at my paper and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

He or she destroy people or me without knowing or without knowledge and no

11

communication and play game with me or someone else which is a person kill another person without weapon and obtain Purple heart award and come gender and sex style, sex position, sex behavior, and sex killer. I win her or him under six sense word which she chooses to make one choice call thinking word, visual word, smelling word, spoken word, taste word, hearing word, touching word, and/or written word and above and beyond and infinite bond of paper money and free all debt bond and free all debt and generate for each country and all countries and winner-take-all system as highest achievement and obtain Medal of Honor award.

He or she destroy people without communication whether threat or harm under such a word and such a word is six sense words and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

He or she had been sued for six sense word destroy people without knowing whether harm or threat or visual behavior with six sense word which is visual word communication and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She has been sued for visual violence or visual harm to me and eye contact or visual contact harm under such a word call such a period and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She has been sued for destroy people without warning and harming people record or reputation without warning and communication and contact, or eye contact with harm or endanger under visual word which is such a word. The smallest such a period and such a period from such a punctuation mark under such a word. The people communication which they say

12

your smart or success on your own which they destroy people without knowing with behavioral health with six sense word and choose eye communication or eye contact or visual contact under such a word call such a period and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She chooses visual threat or visual harm or endanger and destroy people reputation with warning me which she going to swung or husband and relative which is visual word under such a word and small such a word is such a period from such a punctuation mark and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She had charge with jail and merit white glove her employees' paycheck or any check or government free money check which she is not pay which I sue for fail to press charge her and arrest her until she pay the fine and keep her employee's check which she refuse to pay, denial to pay, and reject to pay and failure to appear on court for FTA with dismissal as highest achievement and obtain medal of Honor award.

He or she is not corporate to pay than new charge will be $2,000 and charge with jail.  A decision had been made charge with jail and keeps longer in jail. otherwise, I merit white glove employees pay check which he or she didn't with his or her vacation pay, holiday, and deduction his or her employees or employers' check and once he or she pay off he or she free to go as highest achievement and obtain Medal of Honor award.

I win 4 Iu Mien Student Management Conference building, 4 Iu Mien Management Student Conference Human Resource 2 story building, 4 Iu Mien Management Student

13

Conference Corporation 60 story building, 4 Iu Mien Management Student Conference Headquarter 60 story building, and 4 Iu Mien Management Student Conference Organization 60 story building as highest achievement and obtain Medal of Honor award.

I create our company car with logo, Iu Mien Management Student Conference on the side of the car as highest achievement and obtain Medal of Honor award.

Date: 10/12/20 22

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

Taifusin Chiu

4005 23rd ave apt j

Sacramento, CA 95820

US DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

501 I STREET

SACRAMENTO, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,                                                          No.

,

Plaintiff, Taifusin Chiu

v.

,

**Defendant.** THE PRESIDENT OF US, DONALD

TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

999 USD Decillion Number President Show Down and USD above and beyond and Infinite

President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

I say fight free all debt which I am free all debt fighter under six sense word which call visual word, thinking word, hearing word, smelling word, spoken word, taste word, hearing word, touching word, and/or written word and above and beyond and infinite bond of paper money and free all debt bond and free all debt and generate each country and all countries and winner-take-all system as highest achievement and obtain medal of Honor award.

I see Farm Fow Saechou look at my paper under such a word and above and beyond and infinite bond of paper money and free all debt bond and free all debt and win 4 Iu Mien Student Conference building, Iu Mien Student Conference Human Resource 2 story building, Iu Mien Student Conference Corporation 60 story building, Iu Mien Student Conference headquarter 60 story building, and Iu Mien Student Conference Organization 60 story building as highest achievement and obtain Medal of Honor award.

I win you in this battle as highest achievement and obtain Medal of Honor award.

I sue her for this reason and destroy me without knowing under mental condition and guess what inside her mind. She expects me as mind reader under such a word. She speaks a word and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I thinking she look at my paper under visual word and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I thinking she listen what I say or judge or attorney say to you and look at my paper under hearing word and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I think she take a deep breath or smelling word fresh outside the court after hearing and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I think she speak such a word or place a gun, knife, or weapon or choke me dead story, kill me story, kill you story, kill you story, and suicide story inside the court during hearing and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I think she taste such a word of what she say and state place a gun, knife, or weapon or choke me dead story, kill me story, kill you story, kill you story, and suicide story inside the court during hearing and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I think she touch a word or place a gun, knife, or weapon or choke me dead story, kill me story, kill you story, kill you story, and suicide story inside the court during hearing and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I think she write a word or place a gun, knife, or weapon or choke me dead story, kill me story, kill you story, kill you story, and suicide story inside the court during hearing and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

I fight free all debt with you and world debt and become debt free known as free all debt or all countries' debt and become debt free call free all debt. He or she say fight free all debt. When he or she fight world debt or free

all debt. I win you. I win free 4 each of Iu Mien Student Conference building, 4 each of Iu Mien Student Conference human resource 2 story building, 4 each of Iu Mien Student Conference corporation 60 story building, Iu Mien Student conference headquarter60 story building, 4 each of Iu Mien Student conference organization 60 story building and winner-take-all system as highest achievement and obtain Medal of Honor award.

I, future The President of US, Chiu, Taifusin fight to win The President of US, Donald Trump with this merit white glove him for our employees' paycheck for high taxes on employees' and other taxes including child support tax and child tax credit and free all debt and now those who win their retirement for those who pay taxes and win additional $150 dollars separate check which he or she pay high taxes on child support taxes, child tax credit, employment tax which including employee and employers and other taxes. Now, he or she retired and win our additional $150 for replace of high taxes in our return known as tax free money from employment with this bond and above and beyond and infinite bond of paper money and generate for each country and all countries call merit white glove and winner-take-all system as highest achievement and obtain Medal of Honor award.

Our tax-free money are government free money and government free benefit are available for our those who need and win from our employees and employers' taxes which fight to win our employees. I fight to win our employees new pay rate in my battle and my position of two-term, 8 year, The President of US, Chiu, Taifusin, sue her for harm in emotion or endanger with her behavior and charge with misdemeanor with visual threat and visual harm which is visual word under such a word and above and beyond and infinite bond of paper money and free all debt bond and generate for each country and all countries and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

Date: 10/12/2022

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

18

Taifusin Chiu

4005 23rd ave apt j

Sacramento, CA 95820

US DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

501 I STREET

SACRAMENTO, CA 95814

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

No.

,

Plaintiff, Taifusin Chiu

v.

,

**Defendant**. THE PRESIDENT OF US, DONALD

TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

19

999 USD Septillion Number President Show Down and USD above and beyond and Infinite President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

He or she fail to appeared (FTA) and fail work project. I deduction your employee's or SSI check or welfare or government free money or other income and add the total of amount which I sue and send to court which you didn't pay which in each Medal of Honor versus Purple Heart series had written. Next time, he or she learned how to pay which he or she will not cause no problem again as highest achievement and obtain Medal of Honor award.

Otherwise, you charge with jail and work project which you decide to pay me inside. I win you which I sue because you go to court and choose to pay me inside the jail with project and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

A better you have book in jail and ticket to work inside the jail and pay me which you didn't pay me when I sue you. Otherwise, you have been charged with jail and book in jail for

20

failure to pay. You choose fail to appear on court and arrest you at you house and dismissal the case with jail record as highest achievement and obtain medal of Honor award.

If condition goes worse down payment world debt for once a month and only one penny per monthly which he or she refuse to pay or denial to pay, or reject to pay or Failure to pay or failure to appear on court with dismissal otherwise he or she learn the law and being peace and start no shit with no one. He or she swung or touch me or another person win world debt and free all debt and above and beyond and infinite bond of paper money and free all debt bond and free all debt and generate for each country and all countries which is one of the six sense word, win it, and winner-take-all system as highest achievement and obtain Medal of Honor award.

She or he is regard you or stranger name or random person you bring along which he or she target my case or me; otherwise, you or he or she say nothing. I have nothing on you under six sense word as highest achievement and obtain Medal of Honor award.

It is automatic deduction from your employee's paycheck, any check or any income monthly; if there is no income and take nothing which is a term call merit white glove as highest achievement and obtain medal of Honor award.

He or she is not corporate to pay than new charge will be $2,000 and charge with jail.  A decision had been made charge with jail and keeps longer in jail. otherwise, I merit white glove employees pay check which he or she didn't with his or her vacation pay, holiday, and deduction his or her employees or employers' check and once he or she pay off he or she free to go as highest achievement and obtain Medal of Honor award.

I put a hold on your employee's pay check employee's or SSI check or welfare or government free money as highest achievement and obtain medal of honor award.

21

Date: 10/12/2022

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

Firm Name
Firm Address

Chiu, Taifusin
4005 23rd ave Apt J
Sacramento, CA 95820
916454-1331
Tchiu2004@hotmail.com

NAME, IN PRO PER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff, Taifusin Chiu or Saetern, Chiew

Lio

v.

Defendant. THE PRESIDENT OF US, DONALD

TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

No.

1

999 USD Septillion Number President Show Down and USD above and beyond and Infinite President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

World debt is worldwide case or Earth debt or Father of God and Mother of Goddess' debt bond

Update and fix

I sue Farm Fow Saechou, from C.K. McClatchy High school which she is graduation year 2002 which she had poor behavioral which she just wins world debt and win free all debt and say, "free all debt." I win her free Iu Mien Student Conference building, Iu Mien Student Conference Human Resource 2 story building, Iu Mien Student conference headquarter 60 story building, Iu Mien Student conference organization 60 story building, and Iu Mien Student Conference corporation 60 story building under such a word call spoken word. First choice all visual word. I see she look at my paper and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

2

He or she destroy people or me without knowing or without knowledge and no communication and play game with me or someone else which is a person kill another person without weapon and obtain Purple heart award and come gender and sex style, sex position, sex behavior, and sex killer. I win her or him under six sense word which she chooses to make one choice call thinking word, visual word, smelling word, spoken word, taste word, hearing word, touching word, and/or written word and  above and beyond and infinite bond of paper money and free all debt bond and free all debt and generate for each country and all countries and winner-take-all system as highest achievement and obtain Medal of Honor award.

He or she destroy people without communication whether threat or harm under such a word and such a word is six sense words and and  above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

He or she had been sued for six sense word destory people without knowing whether harm or threat or visual behavior with six sense word which is visual word communication and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She has been sue for visual violence or visual harm to me and eye contact or visual contact harm under such a word call such a period and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She has been sue for destroy people without warning and harming people record or reputation without warning and communication and contact, or eye contact with harm or endanger under visual word which is such a word. The smallest such a period and such a period

3

from such a punctuation mark under such a word. The people communication which they say your smart or success on your own which they destroy people without knowing with behavioral health with six sense word and choose eye communication or eye contact or visual contact under such a word call such a period and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She choose visual threat or visual harm or endanger and destory people reputation with warning me which she going to swung or husband and relative which is visual word under such a word and small such a word is such a period from such a punctuation mark and above and beyond and infinite bond of paper money and free all debt bond and free all debt and winner-take-all system as highest achievement and obtain Medal of Honor award.

She destroy people without communication and without knowledge and above and beyond and infinite bond of white diamond blue nile ct and free all debt bond and free all debt and generate each country and all countries and winner-take-all system as highest achievement and obtain Medal of Honor award.

I win 4 lu Mien Student Management Conference building, 4 lu Mien Management Student Conference Human Resource 2 story building, 4 lu Mien Management Student Conference Corporation 60 story building, 4 lu Mien Management Student Conference Headquarter 60 story building, and 4 lu Mien Management Student Conference Organization 60 story building as highest achievement and obtain Medal of Honor award.

I create our company car with logo, lu Mien Management Student Conference on the side of the car as highest achievement and obtain Medal of Honor award.

4

Date:


Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

Firm Name
Firm Address

Chiu, Taifusin
4005 23rd ave Apt J
Sacramento, CA 95820
916454-1331
Tchiu2004@hotmail.com

NAME, IN PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

No.

**Plaintiff**, Taifusin Chiu or Saetern, Chiew

Lio

v.

**Defendant**. THE PRESIDENT OF US, DONALD

TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

6

999 USD Septillion Number President Show Down and USD above and beyond and Infinite President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

World debt is worldwide case or Earth debt or Father of God and Mother of Goddess' debt bond

Update and fix

such a word substitute for a word for any word. such a word substitute for such a period. Such a period substitute for such a word. Such a word substitute for punctuation mark. such a punctuation mark substitute for such a word. such a word for such a number. such a number for such a word. such a word substitute such a letter. such a letter substitute for such a word and such a word substitute for any word. any word substitute for a word. a word subsitute for such a word as highest achievement and obtain Medal of Honor award.

7

Date:

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

8

Firm Name
Firm Address

Chiu, Taifusin
4005 23rd ave Apt J
Sacramento, CA 95820
916454-1331
Tchiu2004@hotmail.com

NAME, IN PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,<br>**Plaintiff**, Taifusin Chiu or Saetern, Chiew<br><br>Lio<br><br><br>v.<br><br>,<br>**Defendant**. THE PRESIDENT OF US, DONALD<br><br>TRUMP AND THE WHITE HOUSE/Farm Fow Saechou | No. |

9

999 USD Septillion Number President Show Down and USD above and beyond and Infinite President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

World debt is worldwide case or Earth debt or Father of God and Mother of Goddess' debt bond

Update and fix

All Medal of Honor versus Purple heart series battle bond each case generate as highest achievement and obtain Medal of Honor award.

Date:

Your signature

10

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

11

Firm Name
Firm Address

Chiu, Taifusin
4005 23rd ave Apt J
Sacramento, CA 95820
916454-1331
Tchiu2004@hotmail.com

NAME, IN PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

,
**Plaintiff**, Taifusin Chiu or Saetern, Chiew

Lio

v.

,
**Defendant**. THE PRESIDENT OF US, DONALD

TRUMP AND THE WHITE HOUSE/Farm Fow Saechou

No.

12

999 USD Septillion Number President Show Down and USD above and beyond and Infinite President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

World debt is worldwide case or Earth debt or Father of God and Mother of Goddess' debt bond

Update and fix

All Medal of Honor versus Purple heart series battle bond each case generate as highest achievement and obtain Medal of Honor award.

A decision had been made which she or he choose FTA and she or he had chosen to go to jail and pay me in jail with work project and she must turn the grade in and post the grade on transcript. She had found guilty. She must pay for it other she must go to jail and pay me in jail. he or she decide not pay me in court. She decided to turn the grade which I win in jail under six sense word under such a word. the smallest such a word is such a period and such a period call such a

13

punctuation mark and above and beyond and infinite white diamond blue nile ct and free all debt and free all debt as highest achievement and obtain Medal of Honor award.

I order five star general which is general of air force wartime rank, upline and recruiter ssgt. Scott Finn and promote him to General of Air force rank, Scott Finn at Truxel Rd, Sacramento, CA in US Air Force branch when I apply he will not come back as recruiter as ssgt as highest achievement and obtain Medal of Honor award

I order five star fleet admiral raak wartime rank, upline and recruiter application for Petty officer Hudson, and promote her to Fleet Admiral of US Navy rank, Scott Finn at Truxel Rd, Sacramento, CA in US Air Force branch when I apply he will not come back as recruiter as ssgt as highest achievement and obtain Medal of Honor award.

Date:

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

14

Firm Name
Firm Address

Chiu, Taifusin
4005 23rd ave Apt J
Sacramento, CA 95820
916454-1331
Tchiu2004@hotmail.com

NAME, IN PRO PER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Plaintiff,** Taifusin Chiu or Saetern, Chiew Lio<br><br>v.<br><br>**Defendant.** THE PRESIDENT OF US, DONALD TRUMP AND THE WHITE HOUSE/Farm Fow Saechou | No. |

15

999 USD Septillion Number President Show Down and USD above and beyond and Infinite President Show down

Maximum Number to above and beyond and Infinite Number USD President

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down

The Presidency Case

Medal of Honor vs Purple Heart Series

Worldwide

World debt is worldwide case or Earth debt or Father of God and Mother of Goddess' debt bond

Update and fix

I win you, I win free Iu Mien Student conference one story building, Iu Mien Student Conference Human Resource 2 story building, Iu Mien Student Conference Corporation 60 story building, Iu Mien Student Conference headquarter 60 story building, Iu Mien Student Conference Organization 60 story building as highest achievement and obtain Medal of Honor award.

Date:

Your signature

16

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

17